Whitaker Paper Company, an Illinois Corporation, Plaintiff-Appellant, v. Stanley Schrag, d/b/a Periodical Letterpress Co., Lind-Remsen Printing Company, Inc., an Illinois Corporation, Atwood Vacuum Machine Company, Joseph Behr & Sons, Inc., an Illinois Corporation, and Leonard A. Friberg, Sheriff of Winnebago County, Defendants-Appellees.

Gen. No. 11,255. 

Second District, First Division.

March 13, 1959.

Released for publication March 31, 1959.

Hyer, Gill & Brown (James M. Brown, of counsel) for appellant; Pedderson, Menzimer & Conde (L. W. Menzimer and Dale F. Conde, of counsel) for Atwood Vacuum Machine Company, defendant-appellee. Opinion by JUSTICE DOVE. Not to be published in full.